McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Tayler D. Martinez
Nevada Bar No. 14921
  *tayler.martinez@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for Defendant
GEICO Choice Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESTINEE MYERS, an individual, | Case No. 2:21-cv-02246-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO CHOICE INSURANCE COMPANY, a Maryland corporation; DOES I-X, and ROE CORPORATIONS I-X, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending motions with the Court are withdrawn as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:21-cv-02246-RFB-NJK

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Each party will bear their own costs and attorneys' fees.

DATED this 24th day of January, 2022

By /s/ Marc A. Saggese
Marc A. Saggese, Esq., NV Bar No. 7166
Marc J. Willoughby, Esq., NV Bar No. 14782
SAGGESE & ASSOCIATES, LTD.
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Attorneys for Plaintiff

DATED this 24th day of January, 2022

By /s/ Jonathan W. Carlson
Jonathan W. Carlson, Esq., NV Bar No. 10536
Frank A. Toddre, II, Esq., NV Bar No. 11474
Taylor D. Martinez, Esq., NV Bar No. 14921
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendant GEICO Choice Insurance Company

## ORDER

IT IS SO ORDERED.

DATED this 27th day of January, 2022.

_____
RICHARD F. BOULWARE, II
United States District Court

8142891.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2022, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _/s/ Cheryl O. Schneider_
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP